THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELYETTE CORNELIOUS, Appellant.— Memorandum: Inasmuch as the records do not conclusively disclose appellant's allegations to be false, he should have been accorded a hearing, in which he could appear and assert his rights. (*People* v. *Richetti*, 302 N. Y. 290.) Such a hearing will also afford the opportunity to the Judge before whom appellant's plea was made, to appear and testify as a witness. All concur. (Appeal from an order of Erie County Court denying petitioner's motion for a writ of error *coram nobis*.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HAROLD R. MILLER, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— All concur. (Appeal from an order of Wyoming County Court dismissing the writ of habeas corpus and remanding relator to the custody of the warden of Attica State Prison.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

MARY JOY et al., Respondents, v. CITY OF JAMESTOWN, Appellant, et al., Defendants.— All concur. (Appeal from an order of Chautauqua Special Term denying a motion by defendant city for dismissal of plaintiffs' amended complaint.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ. [207 Misc. 873.]